JOHN COTTER vs. TOWN COUNCIL OF CUMBERLAND.

OCTOBER 13, 1902.

PRESENT: Stiness, C. J., Tillinghast, and Rogers, JJ.

*Certiorari. Review. Statute of Limitations.*

A petition for *certiorari* is analogous to a petition for a new trial where the time for review is limited to one year.

PER CURIAM. This petition is for *certiorari*, alleging an illegal removal from office, as a member of the paid police department, in September, 1899.

The lapse of so long a time, notwithstanding the allegation of ignorance of his rights, is fatal to the allowance of the writ. It must be deemed as an acquiescence and waiver of objection.

The petition is analogous to a petition for a new trial where the time for review is limited to one year.

See 4 Ency. Pl. & Pr., pp. 130–132.

Petition dismissed.

*Hugh J. Carroll,* for petitioner.

*Wilbur A. Scott* and *Edward D. Bassett,* for respondent.